# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RONALD VAILS, JR.,

    *Plaintiff,*

vs.

BRIAN E. WILLIAMS, SR., *et al.,*

    *Defendants*.

2:12-cv-02064-JCM-CWH

ORDER

Court mail has been returned from the last address given by plaintiff. Plaintiff has not filed an updated notice of change of address. The court has confirmed both that: (a) the mail was directed to the last address given by plaintiff in Las Vegas; and (b) he further no longer is at the prior Southern Desert Correctional Center address following upon his release on parole, per the state corrections department's website. As plaintiff has failed to comply with LSR 2-2 of the local rules, which requires that he immediately file written notification of any change of address,

IT THEREFORE IS ORDERED that this action shall be DISMISSED without prejudice.

The clerk of court shall enter final judgment accordingly, dismissing this action without prejudice.

DATED: June 18, 2013.

_____
JAMES C. MAHAN
United States District Judge